AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

701 N. Main Street
Suite 228
Hattiesburg, MS 39401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Member | PCFF LLC |
| 4. | Member | United Farms, LLC |
| 5. | Member | Progress Timberlands LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First South Ag Credit | Real Estate Loans (2) | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. SLIAX Mutual Fund | A | Dividend | | | Sold | 06/21/16 | J | C | |
| 3. SLBAX Mutual Fund | A | Dividend | | | Sold | 06/21/16 | J | C | |
| 4. ABALX Mutual Fund | C | Dividend | L | T | | | | | |
| 5. Timberland Copiah Co., MS | D | Dividend | O | T | | | | | |
| 6. Timberland Attala Co., MS | | None | N | T | | | | | |
| 7. Pike County National Bank Common Stock | A | Dividend | J | T | Sold (part) | 12/13/16 | J | C | |
| 8. Dodge & Cox Income Fund | A | Dividend | | | Redeemed | 12/20/16 | J | | |
| 9. IRA #1 (H) | | | | | | | | | |
| 10. AK Steel Corp Bond | B | Interest | K | T | | | | | 11 |
| 11. Dyncorp Intl Bond | A | Interest | J | T | | | | | 13 |
| 12. International Paper Company Bond | A | Interest | J | T | | | | | 12 |
| 13. Roadhouse Fin Bond | | None | | | Redeemed | 05/16/16 | J | | 15 |
| 14. Tutor Perini Bond | A | Interest | J | T | | | | | 9 |
| 15. Brokerage Account #1 (H) | | | | | | | | | 17-18 |
| 16. Micron Technology Bond ( | A | Interest | K | T | | | | | 31 |
| 17. AK Steel Bond ( | A | Interest | K | T | | | | | 32 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Newmont Mining Convertible Debenture ( ) | A | Interest | J | T | | | | | 26 |
| 19. Royal Gold Bond ( ) | A | Interest | J | T | | | | | 51 |
| 20. A K Steel Holdings (AKS) | | None | | | Buy | 03/15/16 | J | | |
| 21. | | | | | Sold | 11/22/16 | J | | |
| 22. Calpine Corp. (CPN) | A | Dividend | | | Sold | 02/10/16 | J | | 44 |
| 23. Caterpillar, Inc. (CAT) | A | Dividend | | | Sold | 09/13/16 | J | | 29 |
| 24. Compugen Ltd. (CGEN) | | None | J | T | | | | | 30 |
| 25. Corning, Inc. (GLW) | A | Dividend | J | T | | | | | 46 |
| 26. Delta Air Lines Inc (DAL) | A | Dividend | J | T | Buy | 01/20/16 | J | | |
| 27. Dow Chemical Co. (DOW) | A | Dividend | J | T | | | | | 33 |
| 28. Emerson Electric Co (EMR) | A | Dividend | | | Sold | 11/22/16 | J | | 21 |
| 29. Freeport McMoran Copper and Gold (FCX) | | None | J | T | | | | | 38 |
| 30. Intel Corp (INTC) | A | Dividend | J | T | | | | | 45 |
| 31. Mellanox Tech LTD (MLNX) | | None | J | T | Buy | 01/11/16 | J | | |
| 32. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 33. Micron Technology (MU) | | None | J | T | | | | | 53 |
| 34. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | 25 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualcomm Inc (QCOM) | B | Dividend | L | T | | | | | 23 |
| 36. Spirit Airlines (SAVE) | | None | J | T | | | | | 54 |
| 37. Teck Resources, Ltd. (TCK) | | None | | | Sold | 03/15/16 | J | | 43 |
| 38. Tower Semi-Conductor Ltd. (TSEM) | | None | K | T | Donated (part) | | | | 49 |
| 39. United Continental Holdings (UAL) | | None | J | T | | | | | 34 |
| 40. Whole Foods Market, Inc. (WFM) | A | Dividend | | | Sold | 11/22/16 | J | | 20 |
| 41. Direxion Daily gold Miners (NUGT) | | None | | | Sold | 02/19/16 | J | | 35 |
| 42. Enterprise Energy Partners LLC (EPD) | A | Dividend | | | Sold | 05/05/16 | K | | 22 |
| 43. Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | Buy (add'l) | 03/15/16 | J | | 50 |
| 44. Vaneck Vectors JR Gold (GDXJ) | A | Dividend | J | T | Buy | 05/03/16 | J | | |
| 45. IRA # 2 (H) | | | | | | | | | |
| 46. Micron Technology Bonds ( ▨ | A | Interest | K | T | Buy (add'l) | 05/26/16 | J | | 97-98 |
| 47. AK Steel Bond ( ▨ | A | Interest | K | T | | | | | 101 |
| 48. Allegheny Tech ( ▨ | | None | J | T | Buy | 11/22/16 | J | | |
| 49. Goodrich Petroleum Corp. 5% Bond Due 10/1/29 ( ▨ (Y) | | | | | | | | | 113 |
| 50. Goodrich Petroelum 5% Bond Due 10/1/32 ( ▨ (Y) | | | | | | | | | 110, 134 |
| 51. Intel Corp Bond ( ▨ | A | Interest | K | T | | | | | 99 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Newmont Mining (Convertible Bond) ( | A | Interest | K | T | | | | | 74 |
| 53. RTI International Metals Bond ( | A | Interest | K | T | | | | | 114, 117 |
| 54. Royal Gold, Inc. Bond ( | A | Interest | K | T | | | | | 107 |
| 55. Sandisk Bond ( | A | Interest | | | Sold | 05/24/16 | K | | 60 |
| 56. Webb MD Health Corp. Bond ( | A | Interest | K | T | | | | | 115 |
| 57. Achillion Pharmaceuticals (ACHN) | | None | J | T | | | | | 121 |
| 58. Air Canada Inc (ACDVF) | | None | J | T | Buy | 11/22/16 | J | | |
| 59. AK Steel Holdings (AKS) | | None | | | Buy (add'l) | 03/11/16 | J | | 64 |
| 60. | | | | | Sold | 11/18/16 | K | | |
| 61. Alphabet Inc. CL A (GOOGL) | | None | | | Sold | 01/29/16 | K | | 83 |
| 62. Alphabet Inc Cl C (GOOG) | | None | L | T | Buy | 01/29/16 | K | | |
| 63. Amazon.com (AMZN) | | None | L | T | | | | | 127, 129 |
| 64. American Airlines (AAL) | A | Dividend | L | T | | | | | 106 |
| 65. American Axle & MFG (AXL) | | None | J | T | Buy | 12/16/16 | J | | |
| 66. Amgen, Inc. (AMGN) | A | Dividend | J | T | | | | | 68 |
| 67. Apple Inc. (AAPL) | A | Dividend | K | T | | | | | 85 |
| 68. Calpine Corp. (CPN) | | None | | | Sold | 01/29/16 | J | | 96 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Caterpillar, Inc. (CAT) | A | Dividend | | | Sold | 09/13/16 | K | | 103 |
| 70. Century Aluminum (CENX) | | None | | | Sold | 09/28/16 | J | | 125 |
| 71. Compugen Ltd. (CGEN) | | None | K | T | | | | | 65 |
| 72. Corning, Inc. (GLW) | A | Dividend | J | T | Sold (part) | 05/20/16 | J | | 102 |
| 73. | | | | | Sold (part) | 08/31/16 | J | | |
| 74. Cree Inc. (CREE) | | None | | | Sold | 04/08/16 | J | | 118 |
| 75. Delta Airlines (DAL) | A | Dividend | K | T | Buy (add'l) | 01/19/16 | J | | 86, 111 |
| 76. Dow Chemical Co. (DOW) | B | Dividend | K | T | | | | | 123 |
| 77. Dupont E I DE Nemours (DD) | A | Dividend | | | Sold | 03/15/16 | J | | 87 |
| 78. Evogene Ltd New ORD F Israel Shares | | None | J | T | | | | | 92 |
| 79. Finsar Corp (FNSR) | | None | | | Sold | 11/18/16 | J | | 66 |
| 80. Freeport McMoran Copper and Gold (FCX) | | None | K | T | Buy (add'l) | 05/17/16 | J | | 75 |
| 81. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 82. IMPINJ Inc (PI) | | None | K | T | Buy | 08/03/16 | J | | |
| 83. | | | | | Buy (add'l) | 08/31/16 | K | | |
| 84. Intel Corp (INTC) | A | Dividend | K | T | | | | | 93 |
| 85. International Paper (IP) | A | Dividend | | | Sold (part) | 01/19/16 | J | | 81, 130 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 87. | | | | | Sold | 05/17/16 | J | | |
| 88. Mellanox Techs LTD (MLNX) | | None | K | T | Buy | 01/19/16 | J | | |
| 89. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 90. | | | | | Buy (add'l) | 07/20/16 | J | | |
| 91. Micron Technology (MU) | | None | K | T | Buy (add'l) | 05/25/16 | J | | 77 |
| 92. Mosy's Inc. (Y) | | | | | | | | | 116 |
| 93. Newmont Mining (NEM) | A | Dividend | K | T | | | | | 80, 133 |
| 94. Nissan Motor Co LTD (NSANY) | | None | J | T | Buy | 12/16/16 | J | | |
| 95. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | 88 |
| 96. Qualcomm (QCOM) | B | Dividend | L | T | | | | | 71 |
| 97. Quicklogic Corp (QUIK) | | None | | | Sold | 11/18/16 | J | | 63, 100 |
| 98. Raytheon Corp (RTN) | A | Dividend | | | Sold | 10/28/16 | K | | 90, 128 |
| 99. Steel Dynamics Inc (STLD) | | None | K | T | Buy | 12/02/16 | K | | |
| 100. Tata Motors (TTM) | A | Dividend | | | Sold | 09/16/16 | K | | 78 |
| 101. Teck Resources (TCK) | | None | J | T | Buy | 02/19/16 | J | | |
| 102. Tower Semiconductor (TSEM) | | None | K | T | Sold (part) | 12/01/16 | K | | 58, 105 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. UAL Corp (UAL) | | None | K | T | | | | | 59, 108, 126 |
| 104. U.S. Steel (X) | A | Dividend | L | T | Buy (add'l) | 03/11/16 | J | | 94. 104 |
| 105. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 106. | | | | | Buy (add'l) | 07/19/16 | J | | |
| 107. Whole Foods Market, Inc. (WFM) | A | Dividend | K | T | | | | | 73 |
| 108. Direxion Daily Gold Miners (NUGT) | | None | K | T | Buy (add'l) | 02/09/16 | J | | 122, 124, 131 |
| 109. | | | | | Sold (part) | 07/08/16 | K | | |
| 110. Global Silver Mines, ETF (SIL) | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | 84 |
| 111. Hospitality Properties Trust (HPT) | B | Dividend | K | T | | | | | 82 |
| 112. IShares MSCI Brazil (EWZ) | | None | J | T | Buy | 12/23/16 | J | | |
| 113. Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | | | | | 76 |
| 114. Brokerage #2 (H) | | | | | | | | | |
| 115. Dell Inc ( ▨ | A | Interest | J | T | Buy | 09/01/16 | J | | |
| 116. MS Public Improvment Bank - Ridgeland Bond ( ▨ | A | Interest | J | T | | | | | 153 |
| 117. Georgia Govt Bonds CUSIP ▨ | B | Interest | K | T | | | | | 185 |
| 118. LA Local Govt. Envior. Facilities Comm Dev QSIP# ▨ - ▨ - ▨ | A | Interest | J | T | | | | | 174 |
| 119. Louisiana Public Facilities Bond CUSIP ▨ | A | Interest | J | T | | | | | 197 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lowndes Co. Miss Solid Waste Disp. Pollution ( | B | Interest | K | T | | | | | 160 |
| 121. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP | A | Interest | J | T | | | | | 178 |
| 122. MS Developement Bank ( | A | Interest | K | T | | | | | 157. |
| 123. MS. Developement Bank ( | A | Interest | | | Redeemed | 03/01/16 | J | | 158 |
| 124. Miss. Development Bank Special Obligation Bond ( | A | Interest | J | T | | | | | 168 |
| 125. MS Dev Bank Spec Oblg CUSIP#6 (Bond) | A | Interest | J | T | | | | | 181 |
| 126. Miss. Dev. Bank Bond CUSIP (Bond) | A | Interest | | | Redeemed | 07/01/16 | J | | 192 |
| 127. Miss. Dev. Bank Bond CUSIP (Bond) | B | Interest | | | Redeemed | 03/01/16 | K | | 187 |
| 128. MS DEV BK SPL OBG ( (X) | B | Interest | K | T | | | | | |
| 129. MS DEV BK SPL OBG ( (X) | A | Interest | | | Redeemed | 05/31/16 | J | | |
| 130. MS DEV BK SPL OBG ( (X) | A | Interest | J | T | | | | | |
| 131. MS DEV BK SPL OBG ( (X) | A | Interest | J | T | | | | | |
| 132. Miss. Home Corp. Single Fmly. Mortgage ( (X) | A | Interest | | | Redeemed | 12/01/16 | J | | |
| 133. MS Hosp EQP FAC HLTH SYST ( (X) | A | Interest | J | T | | | | | |
| 134. Miss. Hosp. Equip. Facilities (bond)CUSIP | B | Interest | K | T | | | | | 162 |
| 135. Miss. Hospital Equip. Bonds CUSIP (Bond) | A | Interest | J | T | | | | | 188 |
| 136. Parkway East Public Improvement Bond ( | B | Interest | K | T | | | | | 155 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Puerto Rico Commonwealth Intra Financing (Bond) CUSIP | A | Interest | K | T | | | | | 166 |
| 138. Puerto Rico Commwealth Intra. Financing ( | A | Interest | J | T | | | | | 167 |
| 139. Puerto Rico COFIN CUSIP | A | Interest | J | T | | | | | 186 |
| 140. Stonebridge Pub Improvement Dist (Bond) QSIP | | None | J | T | | | | | 180 |
| 141. Tarrant County, Texas ( (X) | A | Interest | J | T | | | | | 141 |
| 142. Tarrant CN TX CLT Hlth Syst ( | B | Interest | K | T | | | | | 156 |
| 143. Virginia Tobacco Settlement ( | A | Interest | J | T | | | | | 154 |
| 144. Educational Building Corp. Bond (USM) ( | A | Interest | | | Redeemed | 03/01/16 | J | | 152 |
| 145. Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP (Bond) | B | Interest | K | T | | | | | 173 |
| 146. Wood County W VA Bond | A | Interest | J | T | | | | | 199 |
| 147. AK Steel Holding (AKS) | | None | J | T | | | | | 195 |
| 148. First BankShares of Mississippi, d/b/a The First | A | Interest | | | Redeemed | 08/19/16 | J | D | 184 |
| 149. Goodrich Petroleum (GDPM) | | None | | | Sold | 09/26/16 | J | | 189 |
| 150. Great Plains Energy (GXP) | A | Dividend | J | T | | | | | 194 |
| 151. Hancock John Financial Bank Shares (BTO) | A | Dividend | K | T | Buy (add'l) | 01/21/16 | J | | 196 |
| 152. Enterprise Products LP (EDP) | B | Dividend | K | T | Buy (add'l) | 11/29/16 | J | | 190 |
| 153. | | | | | Sold (part) | 11/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 155. | | | | | Sold (part) | 12/13/16 | J | | |
| 156. Hospitality Prop TR (HPT) | | None | | | Buy | 05/26/16 | J | | |
| 157. | | | | | Sold | 07/19/16 | J | B | |
| 158. Williams Partners LP (WPZ) | B | Dividend | K | T | Buy | 01/04/16 | J | | |
| 159. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 160. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 161. | | | | | Buy (add'l) | 01/11/16 | J | | |
| 162. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 163. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 164. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 165. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 166. OPTIONS (H) | | | | | | | | | |
| 167. Call GOOG | | None | | | Sold | 03/18/16 | J | | |
| 168. | | | | | Buy | 03/18/16 | J | | |
| 169. | | | | | Sold | 04/15/16 | J | | |
| 170. Call AMZN | | None | | | Sold | 01/28/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 01/29/16 | J | | |
| 172. | | | | | Sold | 02/24/16 | J | | |
| 173. | | | | | Sold | 04/15/16 | J | | |
| 174. | | | | | Sold | 04/15/16 | J | | |
| 175. | | | | | Sold | 05/20/16 | J | | |
| 176. | | | | | Buy | 05/20/16 | J | | |
| 177. | | | | | Sold | 07/19/16 | J | | |
| 178. Call DRXN Gldmnr Bull 3X | None | | | | Sold | 02/19/16 | J | | |
| 179. | | | | | Buy | 02/19/16 | J | | |
| 180. | | | | | Sold | 03/04/16 | J | | |
| 181. | | | | | Buy | 03/04/16 | J | | |
| 182. | | | | | Sold | 03/22/16 | J | | |
| 183. | | | | | Sold | 04/11/16 | J | | |
| 184. | | | | | Sold | 04/19/16 | J | | |
| 185. | | | | | Sold | 04/29/16 | J | | |
| 186. | | | | | Sold | 05/06/16 | J | | |
| 187. | | | | | Sold | 05/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 06/03/16 | J | | |
| 189. | | | | | Sold | 06/10/16 | J | | |
| 190. | | | | | Buy | 06/10/16 | J | | |
| 191. | | | | | Sold | 06/24/16 | J | | |
| 192. | | | | | Buy | 06/24/16 | J | | |
| 193. | | | | | Sold | 07/29/16 | J | | |
| 194. Call FCX | | None | | | Buy | 11/18/16 | J | | |
| 195. | | | | | Sold | 11/18/16 | J | | |
| 196. Call TTM (X) | | None | | | Sold | 07/19/16 | J | | |
| 197. Call UAL | | None | | | Buy | 12/16/16 | J | | |
| 198. | | | | | Sold | 12/16/16 | J | | |
| 199. Call X | | None | | | Sold | 07/19/16 | J | | |
| 200. | | | | | Buy | 12/16/16 | J | | |
| 201. | | | | | Sold | 12/16/16 | J | | |
| 202. Call AK Steel | | None | | | Sold | 11/04/16 | J | | |
| 203. Call International Paper | | None | | | Sold | 09/21/16 | J | | |
| 204. Call Williams Partners | | None | | | Sold | 06/20/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Misc. Holdings (H) | | | | | | | | | |
| 206. Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | 136 |
| 207. Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | 137 |
| 208. Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | 138 |
| 209. Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | 139 |
| 210. Oakhurst Associates LP | | None | J | W | | | | | 140 |
| 211. Pike County National Bank | A | Dividend | J | T | | | | | 141 |
| 212. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | 142 |
| 213. Regions National Bank | A | Interest | M | W | | | | | 143 |
| 214. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | 144 |
| 215. Timberland Pike Co., MS | | None | M | W | | | | | 145 |
| 216. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | | | | | 146 |
| 217. United Farms LLC, St. Francis Co., Arkansas | C | Rent | M | W | | | | | 147 |
| 218. Timberland Covington County, Mississippi | B | Rent | P1 | W | | | | | 200 |
| 219. Mineral Rights, Amite Co., MS | D | Rent | K | W | | | | | 201 |
| 220. Mineral Rights Franklin Co., MS | | None | J | W | | | | | 202 |
| 221. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | 203 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | 204 |
| 223. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | 205 |
| 224. Mineral Rights, Marion Co., MS | | None | J | W | | | | | 206 |
| 225. Mineral Rights, Covington Co, MS | | None | J | W | | | | | 207 |
| 226. Note and Mortgage Receivable (Charles P. Magee) | E | Interest | N | T | | | | | 209 |
| 227. Progress Timberlands LLC, Lamar Co., MS. Timberland | E | Distribution | P1 | W | | | | | 210 |
| 228. Timberland Copiah County, MS | | None | | | Sold | 09/12/16 | N | F | 212 |
| 229. Mineral Rights Perry, Forrest and Stone Counties (single deed) | | None | K | W | | | | | 213 |
| 230. PCFF LLC | | None | K | W | | | | | 191 |
| 231. Life Insurance Company of the Southwest Universal Life Policy | A | Int./Div. | M | T | | | | | |
| 232. Guardian Whole Life 100 Insurance Policy | B | Int./Div. | L | T | | | | | |
| 233. Guardian Whole Life Insurance Policy | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1: This entity holds no reportable assets.

Part 1, line 2: See Part VII, line 1.

Part I, line 3: Passive 10% farming interest; no control over assets or operations (see Part VII, line 230).

Part I, line 4: Passive 20% farming interest; no control over assets or operations (see Part VII, line 217).

Part I, line 5: Passive 33.3% timber interest; no control over assets or operations (see Part VII, line 227).

The 2016 report includes significant repositioning of assets and a number of name changes. To help ease this transition, Column D(5) contains numerous references to the corresponding line numbers in the 2015 report.

Part VII, line 104: The "(X)" in this line denotes the ticker symbol for US Steel.

Part VII, lines 166-204: Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII, lines 231-233: Inadvertently omitted from prior reports.

Part VII, line 173 of the 2015 report should have reflected only a partial sale.

The assets listed on lines 14, 52, 61, 72, 89, 109, 112, 119, 120, 132, 148, 150, 159, 161, 163-165, 169-171, 175-177, 179, 182, 198, 208, and 211 of the 2015 report are not reportable in 2016 (Y).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544